No. 8909. STATE OF MONTANA EX REL., JEAN H. POPE, RELATOR, *v.* THE DISTRICT COURT OF THE STATE OF MONTANA IN AND FOR THE COUNTY OF BEAVERHEAD, and HONORABLE LYMAN H. BENNETT, Judge of said Court, RESPONDENTS.

Decided May 16, 1949.

## ORDER

The writ is denied and proceedings dismissed.

Done this *16th day of May, 1949.*

HUGH ADAIR, Chief Justice.
HARRY J. FREEBOURN,
ALBERT H. ANGSTMAN,
LEE METCALF,
Associate Justices.

In my opinion the application should be granted and a writ of review issued.

R. V. BOTTOMLY, Associate Justice.

*Mr. E. J. McCabe,* Great Falls, for Relator.